[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 24, 2011
JOHN LEY
CLERK

No. 11-10318
Non-Argument Calendar

_____

D.C. Docket No. 9:10-cr-80097-WJZ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONOVAN WILLIS,
a.k.a. Keith Harris-Conrad,
a.k.a. Donovan Michael Willis,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 24, 2011)

Before TJOFLAT, CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Arthur L. Wallace III, appointed counsel for Donovan Willis, has filed a

motion to withdraw supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Willis's conviction and sentence are **AFFIRMED**.